# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION INDUSTRY LABORERS PENSION FUND, *et al.*, | )<br>)<br>) No. 4:22-cv-00687-BP<br>) |
| Plaintiffs, | ) |
| v. | )<br>) |
| KERANS CONSTRUCTION COMPANY, LLC | )<br>) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

COME NOW Plaintiffs, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A), by and through undersigned counsel, and hereby voluntarily dismiss this cause of action against Defendant Kerans Construction Company, LLC without prejudice. Plaintiffs shall bear their own costs.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order of dismissal, without prejudice.

Respectfully submitted,

ARNOLD, NEWBOLD, SOLLARS
& HOLLINS, P.C.

*/s/ Bradley J. Sollars*_____
Bradley J. Sollars, 54931 (MO)
1100 Main St., Suite 2001
Kansas City, Missouri 64105
Telephone: (816) 421-5788
Facsimile: (816) 471-5574
bjsollars@a-nlaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 15, 2022, I electronically filed the foregoing with the Court using the CM/ECF system, thereby delivered the foregoing by electronic means to all counsel of record. The foregoing document was also sent by U.S. Mail, postage prepaid to Defendant Kerans Construction Company, LLC's Registered Agent: Roxanna Kerans, 1522 Horsecreek Road, Galena, MO 65656.

                                              */s/ Bradley J. Sollars*
                                              Bradley J. Sollars