# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

CONSTRUCTION INDUSTRY LABORERS  )
PENSION FUND, *et al.,*   )
                          )
        Plaintiffs,   )
                          )
vs.                       )
                          )  Case No. 4:22-cv-00687-BP
KERANS CONSTRUCTION COMPANY, LLC  )
                          )
                          )
        Defendant.   )

## CLERK'S ORDER OF DISMISSAL

On the 15th day of December 2022, the parties herein having filed a Stipulation of Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed without prejudice against Defendant Kerans Construction Company, LLC. Each party to bear its own costs and attorneys' fees.

                                      AT THE DIRECTION OF THE COURT

                                      Paige Wymore-Wynn, Clerk of Court
                                              **/s/ Shauna Murphy-Carr**
                                                        Deputy Clerk

Date:   December 15, 2022